```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CINDY MOONSAMMY, as Parent and Natural Guardians of A.M., and CINDY MOONSAMMY Individually;

JOSE GARZON, as Parent and Natural Guardian of M.G., and JOSE GARZON, Individually;

SABINE MOISE DESIR, as Parent and Natural Guardian of M.C.-I., and SABINE MOISE DESIR, Individually;

LEONARDA BAUTISTA, as Parent and Natural Guardian of A.A.-B., and LEONARDA BAUTISTA, Individually;

VERONICA VALENCIA, as Parent and Natural Guardian of A.M., and VERONICA VALENCIA, Individually,

        Plaintiffs,

-against-

MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, and the NEW YORK CITY DEPARTMENT OF EDUCATION,

        Defendants.

25 Civ. 5923 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Plaintiffs' motion for a preliminary injunction "ordering the [New York City Department of Education] to fully fund [the relevant students'] tuition, transportation[,] and nursing services" for the 2025-2026 school year. ECF No. 8 at 21. Accordingly:

1. The parties shall promptly meet and confer to resolve this dispute;
2. If the parties are unable to reach a resolution, Defendants shall file their response to Plaintiffs' motion by **August 6, 2025**; and
3. Plaintiffs shall file their reply, if any, by **August 13, 2025**.

By **July 25, 2025**, Plaintiffs shall serve on Defendants a copy of their motion, ECF No. 8, their proposed order to show cause, ECF No. 8-1, and this order. By that **same date**, Plaintiffs shall file proof of such service on the docket.

SO ORDERED.

Dated: July 23, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge