```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CINDY MOONSAMMY, as Parent and Natural Guardians of A.M., and CINDY MOONSAMMY Individually;

JOSE GARZON, as Parent and Natural Guardian of M.G., and JOSE GARZON, Individually;

SABINE MOISE DESIR, as Parent and Natural Guardian of M.C.-I., and SABINE MOISE DESIR, Individually;

LEONARDA BAUTISTA, as Parent and Natural Guardian of A.A.-B., and LEONARDA BAUTISTA, Individually;

VERONICA VALENCIA, as Parent and Natural Guardian of A.M., and VERONICA VALENCIA, Individually,

    Plaintiffs,

-against-

MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, and the NEW YORK CITY DEPARTMENT OF EDUCATION,

    Defendants.

25 Civ. 5923 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  On October 10, 2025, Plaintiffs filed a third motion for a preliminary injunction. ECF No. 40. Accordingly:

1. The parties shall promptly meet and confer to resolve this dispute;

2. If the parties are unable to reach a resolution, Defendants shall file their response to Plaintiffs' motion by **October 20, 2025**; and

3. Plaintiffs shall file their reply, if any, by **October 24, 2025.**

  SO ORDERED.

Dated: October 14, 2025
   New York, New York

_____
ANALISA TORRES
United States District Judge