```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CINDY MOONSAMMY, as Parent and Natural Guardians of A.M., and CINDY MOONSAMMY Individually;

JOSE GARZON, as Parent and Natural Guardian of M.G., and JOSE GARZON, Individually;

SABINE MOISE DESIR, as Parent and Natural Guardian of M.C.-I., and SABINE MOISE DESIR, Individually;

LEONARDA BAUTISTA, as Parent and Natural Guardian of A.A.-B., and LEONARDA BAUTISTA, Individually;

VERONICA VALENCIA, as Parent and Natural Guardian of A.M., and VERONICA VALENCIA, Individually,

       Plaintiffs,

-against-

MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, and the NEW YORK CITY DEPARTMENT OF EDUCATION,

       Defendants.

25 Civ. 5923 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  On October 9, 2025, Plaintiffs filed their third motion for a temporary restraining order or preliminary injunction in this action. *See* ECF No. 40; *see also* ECF Nos. 8, 22 (prior motions); ECF Nos. 27 (order on first motion). Defendants filed an opposition to this motion on October 20, 2025, ECF No. 44, and Plaintiffs filed a reply on October 24, 2025, ECF No. 46. Plaintiffs' third motion included a declaration from Dr. Daniel Sebbag, the "Chief Operating Officer for the International Academy of the Brain" ("iBrain"), alleging for the first time that iBrain is in financial crisis and that "the entire program" is "at risk of collapse." ECF No. 41-1 at 6.

  In so doing, Plaintiffs have "placed iBrain's financial situation at issue," making iBrain's financial condition potentially relevant to the Court's resolution of Plaintiff's motion. Order, *Frias v. Aviles-Ramos*, No. 25 Civ. 5936 (JPC) (S.D.N.Y. Oct. 14, 2025), ECF No. 44 at 1.

Accordingly:

1. The parties shall conduct limited, expedited discovery commencing **today** and concluding **November 11, 2025**. *See id.* at 2. That discovery shall cover iBrain's financial condition and include documentary discovery concerning iBrain's financial situation, as well as a deposition of Dr. Sebbag. *Id.*

2. By **November 12, 2025**, each party shall submit a status letter on the docket addressing how, if it all, information learned during discovery impacts their positions as to Plaintiffs' motions.

SO ORDERED.

Dated: October 28, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge