UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CINDY MOONSAMMY, as Parent and Natural
Guardians of A.M., and CINDY MOONSAMMY
Individually;

JOSE GARZON, as Parent and Natural Guardian of
M.G., and JOSE GARZON, Individually;

SABINE MOISE DESIR, as Parent and Natural
Guardian of M.C.-I., and SABINE MOISE DESIR,
Individually;

LEONARDA BAUTISTA, as Parent and Natural
Guardian of A.A.-B., and LEONARDA
BAUTISTA, Individually;

VERONICA VALENCIA, as Parent and Natural
Guardian of A.M., and VERONICA VALENCIA,
Individually,

                              Plaintiffs,

              -against-

MELISSA AVILES-RAMOS, in her official
capacity as Chancellor of the New York City
Department of Education, and the NEW YORK
CITY DEPARTMENT OF EDUCATION,

                              Defendants.

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  10/28/2025 |

25 Civ. 5923 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        The Court has reviewed Defendants' pre-motion letter, ECF No. 43, and Plaintiffs' response, ECF No. 47.  Accordingly:

  1. Defendants' request to file a motion to dismiss is GRANTED.
  2. By **November 17, 2025**, Defendants shall file their motion to dismiss.
  3. By **December 1, 2025**, Plaintiffs file their opposition.
  4. By **December 8, 2025**, Defendants shall file their reply, if any.

        SO ORDERED.

Dated: October 28, 2025
       New York, New York

                                             _____
                                                      ANALISA TORRES
                                                United States District Judge