UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CINDY MOONSAMMY, as Parent and Natural
Guardians of A.M., and CINDY
MOONSAMMY Individually;

JOSE GARZON, as Parent and Natural Guardian
of M.G., and JOSE GARZON, Individually;

SABINE MOISE DESIR, as Parent and Natural
Guardian of M.C.-I., and SABINE MOISE
DESIR, Individually;

LEONARDA BAUTISTA, as Parent and Natural
Guardian of A.A.-B., and LEONARDA
BAUTISTA, Individually;

VERONICA VALENCIA, as Parent and Natural
Guardian of A.M., and VERONICA
VALENCIA, Individually,

                              Plaintiffs,

        -against-

MELISSA AVILES-RAMOS, in her official
capacity as Chancellor of the New York City
Department of Education, and the NEW YORK
CITY DEPARTMENT OF EDUCATION,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/15/2025

25 Civ. 5923 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        The Court has reviewed the parties' letters at ECF Nos. 60–63.  Plaintiffs have withdrawn their third motion for a preliminary injunction.  *See* Pl. Ltr. at 3, ECF No. 54; *see also* Third Mot., ECF No. 40.  The Court accordingly VACATES its discovery order entered at ECF No. 49, because the controversy giving rise to that discovery order is now moot.  The Clerk of Court is respectfully directed to terminate the motion at ECF No. 40.

        SO ORDERED.

Dated: December 15, 2025
         New York, New York

_____
ANALISA TORRES
United States District Judge