```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/16/2025_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CINDY MOONSAMMY, as Parent and Natural
Guardians of A.M., and CINDY MOONSAMMY
Individually;

JOSE GARZON, as Parent and Natural Guardian of
M.G., and JOSE GARZON, Individually;

SABINE MOISE DESIR, as Parent and Natural Guardian
of M.C.-I., and SABINE MOISE DESIR, Individually;

LEONARDA BAUTISTA, as Parent and Natural
Guardian of A.A.-B., and LEONARDA BAUTISTA,
Individually;

VERONICA VALENCIA, as Parent and Natural
Guardian of A.M., and VERONICA VALENCIA,
Individually,

          Plaintiffs,

      -against-

MELISSA AVILES-RAMOS, in her official capacity as
Chancellor of the New York City Department of
Education, and the NEW YORK CITY DEPARTMENT
OF EDUCATION,

          Defendants.

25 Civ. 5923 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters at ECF Nos. 58 and 59 regarding the Court's August 26, 2025 order on Plaintiffs' first motion for a preliminary injunction, *see* ECF No. 27 ("Order"). Accordingly:

1. By **December 23, 2025,** Defendants shall file a brief addressing (1) the Court's authority to modify or vacate its August Order at this time, and (2) on what basis the Order should be modified or vacated;

2. By **December 30, 2025,** Plaintiffs shall file their reply, if any; and

3. Defendants' December 17, 2025, deadline to file their motion to dismiss is ADJOURNED to **January 16, 2026.** *See* ECF No. 53.

In their papers, the parties shall also address whether joinder of the parties in this lawsuit is proper under Federal Rule of Civil Procedure 20(a)(1), and whether the Court should dismiss

the claims against misjoined parties, without prejudice to those Plaintiffs refiling each of their claims in a separate civil action. *See also* Fed. R. Civ. P. 21 ("On motion or on its own, the court may at any time, on just terms, add or drop a party."); *Frias v. Aviles-Ramos*, No. 25 Civ. 5936, 2025 WL 2494336, at *1–2 (S.D.N.Y. Aug. 29, 2025).

       SO ORDERED.

Dated:  December 16, 2025
       New York, New York

ANALISA TORRES
United States District Judge