UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CINDY MOONSAMMY, as Parent and Natural
Guardians of A.M., and CINDY MOONSAMMY
Individually;

                    Plaintiff,

          -against-

MELISSA AVILES-RAMOS, in her official capacity as
Chancellor of the New York City Department of
Education, and the NEW YORK CITY DEPARTMENT
OF EDUCATION,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/13/2026_____

25 Civ. 5923 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the motion brought by Plaintiff and all previously dismissed Plaintiffs[1] for a stay pending appeal of the Court's order at ECF No. 73. *See* Mot., ECF No. 79; Mem., ECF No. 80. Accordingly:

1. By **February 23, 2026,** Defendants shall respond to the motion; and

2. By **March 2, 2026,** Plaintiff and all previously dismissed Plaintiffs shall file their reply, if any.

No other deadlines are affected by this order.

SO ORDERED.

Dated: February 13, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge

---

[1] The previously dismissed Plaintiffs are Jose Garzon, as Parent and Natural Guardian of M.G., and Jose Garzon, Individually; Sabine Moise Desir, as Parent and Natural Guardian of M.C.-I., and Sabine Moise Desir, Individually; Leonarda Bautista, as Parent and Natural Guardian of A.A.-B., and Leonarda Bautista, Individually; Veronica Valencia, as Parent and Natural Guardian of A.M., and Veronica Valencia, Individually.