USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CINDY MOONSAMMY, as Parent and Natural Guardians of A.M., and CINDY MOONSAMMY Individually;

Plaintiff,

-against-

MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, and the NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendants.

25 Civ. 5923 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On February 9, 2026, Defendants stated that they had processed A.M.'s nursing services pendency payment for the 2025–2026 school year, and, accordingly, argued that Plaintiff's request for such payment was moot. *See* Tezsler Decl. ¶ 5, ECF No. 77; Mem. at 6, ECF No. 8 ("Plaintiff's request for pendency nursing funding is also moot, as Defendants recently processed payment for the entire year of the Student's nursing services, totaling $335,663.00."). By letter dated June 3, 2026, Plaintiff states that $20,000 in A.M.'s nursing payments for the 2025–2026 school year remains outstanding. *See* ECF No. 93 at 3.

Accordingly, by **July 24, 2026**, Defendants shall address whether Plaintiff's request for nursing services payment is moot in light of Plaintiff's June 3 letter.

SO ORDERED.

Dated: July 10, 2026
New York, New York

ANALISA TORRES
United States District Judge