USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CINDY MOONSAMMY, as Parent and Natural Guardians of A.M., and CINDY MOONSAMMY Individually,

Plaintiffs,

-against-

MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, and the NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendants.

25 Civ. 5923 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has received Plaintiffs' amended complaint. *See* ECF No. 99. By **September 28, 2026**, the parties are directed to submit a jointly proposed Case Management Plan and Scheduling Order. The parties are directed to consult the model Case Management Plan and Scheduling Order, which are available at https://nysd.uscourts.gov/hon-analisa-torres.

SO ORDERED.

Dated: August 28, 2026
New York, New York

ANALISA TORRES
United States District Judge